UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Jeffrey Scott, CASE NO. 00-CV-878 MJD/JGL

Plaintiff,

v. **STIPULATION AND ORDER**

Beverly Enterprises - Minnesota, Inc.,
a California corporation, and
d/b/a Lynnhurst Healthcare Center,

Defendants.

---

**STIPULATION**

Whereas, the parties hereto wish to obtain copies of the investigative file with the Department of Human Rights, captioned Jeffrey Scott against Lynnhurst Health Care, case file number 31634;

Whereas, the Department of Human Rights does not contest production of said investigative file pursuant to the attached Order;

THEREFORE, the parties hereto agree that the following Order may be entered without the necessity of a hearing or upon further notice.

FILED MAY 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: 5/25/00.

**LAW OFFICES OF ANN M. I. MONEY**

By: ______________________
Ann M. I. Money, #278178
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Tel (612) 340-0044
Fax (612) 340-0190

ATTORNEY FOR PLAINTIFF

Dated: 5/30/00

**OPPENHEIMER WOLFF & DONNELLY, LLP**

By: ______________________
Robert C. Castle, #18942X
Leonard B. Segal, #252554
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
Tel. (612)607-7000
Fax (612)607-7100

ATTORNEYS FOR DEFENDANTS

**ORDER**

Based upon the foregoing Stipulation;

IT IS HEREBY ORDERED:

That the Minnesota Department of Human Rights shall provide counsel for the parties with copies of the Department's investigation case file number 31634 in this matter a copy fee of 0.30 cents per page, the cost of which shall be paid to the Department by each of the parties equally. This Order specifically allows the Department of Human Rights to withhold from the parties and their counsel any internal memoranda of a procedural nature which do not contain factual information pertaining to the issues underlying the claims of discrimination. The Department may also withhold communication between members of the Attorney General's office and charging parties which is protected by attorney-client privilege (Minn. Stat. § 363.121), communication between the Department and the Attorney General's office in which the Attorney General's office is acting as the Department's attorney, and any information concerning settlement negotiations (Minn. Stat. § 363.061, Subd. 2 (c)).

The Minnesota Department of Human Rights' file shall be produced within fifteen (15) days from the date of this Order.

BY THE COURT:

Dated: May 31, 2000

Magistrate Judge Jonathan Lebedoff