**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jeffrey Scott,

Plaintiff,

vs.

Beverly Enterprises – Minnesota, Inc., a California corporation, and d/b/a Lynnhurst Healthcare Center,

Defendants.

**Case No. 00-CV-8'78 (MJD/JGL)**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel herein, that this action, having been fully compromised and settled, may be, and hereby is, dismissed on its merits and with prejudice and without an award of costs, disbursements or attorneys' fees to any of the parties.

It is further stipulated that without further notice, a judgment of dismissal with prejudice upon the merits, and without costs, disbursements or attorneys' fees to any of the parties may be entered herein.

DATED: 10-17, 2000

By: [signature]
Ann M.I. Mozey (#278178)
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Telephone: (612) 340-0044

**ATTORNEY FOR PLAINTIFF,**
**Jeffrey Scott**

FILED 10/30/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Scott v. Beverly 00-878 (MJD/JGL)

DATED: Oct. 17, 2000

OPPENHEIMER WOLFF & DONNELLY LLP

By: [signature]

Robert C. Castle (#18942X)
Leonard B. Segal (#252554)
Plaza VII Building
45 South Seventh Street, Suite 3300
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT,**
**Beverly Enterprises – Minnesota, Inc., a California corporation, and d/b/a Lynnhurst Healthcare Center**

**ORDER**

Based upon the foregoing Stipulation, and all of the files and records herein,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

DATED: Oct 30, 2000

BY THE COURT:

[signature]

Judge of the District Court



TC2: 486955 v01 10/12/2000